[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 12-15193
Non-Argument Calendar
_____

D.C. Docket No. 3:02-cr-00064-HLA-JBT-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RICARDO GARCIA-ABARCA,
a.k.a. Ricardo Garcia,

Defendant-Appellant.

_____

No. 12-15194
Non-Argument Calendar
_____

D.C. Docket No. 3:12-cr-00098-MMH-JBT-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RICARDO GARCIA-ABARCA,

Defendant-Appellant.

_____

Appeals from the United States District Court
for the Middle District of Florida
_____

(June 7, 2013)

Before HULL, JORDAN and FAY, Circuit Judges.

PER CURIAM:

Roland Falcon, counsel for Ricardo Garcia-Abarca in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Garcia-Abarca's conviction and sentence, along with the revocation of his supervised release and corresponding sentence, are **AFFIRMED**.

2